### BEULAH STEWART SADLER v. ISRAEL SCHWARTS ET AL.

(Filed 30 April, 1930.)

APPEAL by defendants from *Sink, Special Judge,* at January Special Term, 1930. From MECKLENBURG.

Civil action to recover damages for an alleged negligent injury caused by a collision between a Chrysler automobile, in which plaintiff was riding, and a truck belonging to the defendants and operated at the time by an employee.

From a verdict and judgment in favor of plaintiff, the defendants appeal, assigning errors.

*C. A. Cochran and John M. Robinson for plaintiff.*
*J. Laurence Jones for defendants.*

PER CURIAM. The case presents no new question of law and the record contains no reversible error. Hence, the verdict and judgment will be upheld.

No error.